Form errfiloa

# UNITED STATES BANKRUPTCY COURT
### Eastern District of Missouri

| | |
|---|---|
| *In Re:* Paul M Wojciechowski and Mary E Wojciechowski<br>*Debtor*<br>Susan H Mello LLC<br>*Plaintiff*<br>*v.*<br>Paul M Wojciechowski<br>Mary E Wojciechowski<br>*Defendant* | *Case No.:* 16–42442 – A659<br><br>*Adv. Proc. No.* 16–04087 – A659<br>*Chapter* 13 |

## NOTICE TO FILER OF ERRORS IN ELECTRONICALLY FILED DOCUMENTS

*#1 Adversary Case filed on 7/1/16 was filed inaccurately.*

- ☐ PDF is: ☐ illegible  ☐ incomplete  ☐ missing
- ☐ Address(es) for plaintiff(s) not provided.
- ☐ Signature/signature block is not in compliance with LR 9011.
- ☐ Other:

### *Action Required By the Filer 7/8/16*

- ☐ A corrected PDF must be filed **ONLY** by using the following pathway
  *Go to Bankruptcy>Other Misc Events>Corrected PDF*
- ☐ Document must be re–filed using appropriate event or in the correct case.
- ☑ **Adversary coversheet must be filed.** *Go to Bankruptcy>Other Misc Events>Support Supplement*

FAILURE TO TAKE NECESSARY ACTION WITHIN THE SPECIFIED TIME MAY RESULT IN DISMISSAL OF THIS CASE OR DENIAL OF PLEADING.

*Go to www.moeb.uscourts.gov for ECF Procedures or call the Help Desk at (866) 803–9517*

                                                        /S/ Dana C. McWay
                                                        _____
Dated: 7/1/16                                           Clerk of Court

Copy to:
Rev. 10/10